TRACY L. WILKISON
Acting United States Attorney                                    JS-6
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
     Social Security Administration, Region IX
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone: 415-977-8977
     Facsimile: 415-744-0134
     e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DONNA RENEE CITIZEN, | )   Case No. 5:20-cv-00867-PD |
|     Plaintiff, | ) |
| vs. | )   **JUDGMENT OF REMAND** |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |
| _____ | ) |

    The Court, having approved the parties' Stipulation to Voluntary Remand
Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment
of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
above-captioned action is remanded to the Commissioner of Social Security for further
proceedings consistent with the Stipulation to Remand.

DATED:  January 19, 2021

                          *Patricia Donahue*
                        HON. PATRICIA DONAHUE
                        UNITED STATES MAGISTRATE JUDGE